**Fill in this information to identify the case:**

Debtor 1   Angela M. Knop

Debtor 2

United States Bankruptcy Court for the: Eastern District of Michigan

Case number :   17-55373-mar

Official Form 410S1

# Notice of Mortgage Payment Change <span>12/15</span>

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment is due.** See Bankruptcy Rule 3002.1.

| | | | |
|---|---|---|---|
| **Name of creditor:** | **MTGLQ Investors, L.P.** | **Court claim no.** (if known): | **11-2** |
| **Last 4 digits** of any number you use to identify the debtor's account: | **5280** | **Date of payment change:** Must be at least 21 days after date of this notice | **04/01/2020** |
| | | **New total payment:** Principal, interest, and escrow, if any | **$726.38** |

### Part 1:  Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   [ ]  No

   [X]  Yes. Attach a copy of the escrow account statement prepared in a form consistent with the applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

   **Current escrow payment: $189.55**          **New escrow payment: $149.93**

### Part : 2   Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   [X]  No

   [ ]  Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

   **Current interest rate:**                       **New interest rate:**
   **Current Principal and interest payment:**     **New principal and interest payment:**

### Part 3:   Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   [X]  No

   [ ]  Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect).

   Reason for change:

   **Current mortgage payment:**                   **New mortgage payment:**

Debtor 1  Angela M. Knop                                         Case number (if known)    17-55373-mar
          First Name   Middle Name   Last Name

## Part 4:  Sign Below

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box:*

[ ]  I am the creditor.

[X]  I am the creditor's attorney or authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

/s/ Julian Cotton                                          Date  03/18/2020
Signature

Print:        Julian Cotton                       Title   Authorized Agent for Creditor

Company       Padgett Law Group

Address       6267 Old Water Oak Road, Suite 203

              Tallahassee FL, 32312

Contact phone (850) 422-2520          Email    bkcrm@padgettlawgroup.com

IN RE: Angela M. Knop             Case No: 17-55373-mar
       Debtors(s)                  Chapter 13
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on this the __18th__ day of March, 2020, a true and correct copy of the foregoing was served by U.S., First Class, and/or electronic transmission to:

Debtor
Angela M. Knop
22725 Arcadia
Saint Clair Shores, MI 48082

Attorney
William D. Johnson
Acclaim Legal Services
8900 E. 13 Mile Rd.
Warren, MI 48093

Brian D. Rodriguez
8900 E. 13 Mile Road
Warren, MI 48093

Trustee
Krispen S. Carroll
719 Griswold
Suite 1100
Detroit, MI 48226

                         /S/ Julian Cotton
                         _____
                         JULIAN COTTON
                         PADGETT LAW GROUP
                         6267 Old Water Oak Road, Suite 203
                         Tallahassee, FL 32312

(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
bkcrm@padgettlaw.net
*Authorized Agent for Creditor*



Shellpoint Mortgage Servicing
PO Box 10826
Greenville, SC  29603 0826
For Inquiries:  (800) 365-7107

Analysis Date: February 10, 2020

ANGELA KNOP
22725 Arcadia St
St Clr Shores MI  48082

Loan:

Property Address:
22725 Arcadia
St Clair Shores, MI  48082

## Annual Escrow Account Disclosure Statement - Account History

The following is an overview of your escrow account with Shellpoint Mortgage Servicing. It contains the history of escrow payments made on your behalf in the prior year, and a snapshot of the anticipated disbursements for the coming year. Any potential adjustments due to increases or decreases with your escrow items may affect your monthly escrow payment. If your escrow payment increases, your monthly payment will also increase. If the escrow payment decreases, your mortgage payment will decrease.

| Payment Information | Contractual | Effective Apr 01, 2020 | Prior Esc Pmt | March 01, 2019 | Escrow Balance Calculation | |
|---|---|---|---|---|---|---|
| P & I Pmt: | $576.45 | $576.45 | P & I Pmt: | $576.45 | Due Date: | March 01, 2019 |
| Escrow Pmt: | $189.55 | $149.93 | Escrow Pmt: | $189.55 | Escrow Balance: | ($423.38) |
| Other Funds Pmt: | $0.00 | $0.00 | Other Funds Pmt: | $0.00 | Anticipated Pmts to Escrow: | $2,464.15 |
| Asst. Pmt (-): | $0.00 | $0.00 | Asst. Pmt (-): | $0.00 | Anticipated Pmts from Escrow (-): | $0.00 |
| Reserve Acct Pmt: | $0.00 | $0.00 | Resrv Acct Pmt: | $0.00 | | |
| Total Payment: | $766.00 | $726.38 | Total Payment: | $766.00 | Anticipated Escrow Balance: | $2,040.77 |

| Shortage/Overage Information | Effective Apr 01, 2020 |
|---|---|
| Upcoming Total Annual Bills | $1,799.20 |
| Required Cushion | $299.87 |
| Required Starting Balance | $1,349.42 |
| Escrow Shortage | $0.00 |
| Surplus | $691.35 |

**Cushion Calculation:** Because Shellpoint Mortgage Servicing does not set your tax amounts or insurance premiums, your escrow balance contains a cushion of 299.87. A cushion is an additional amount of funds held in your escrow in order to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs. Your lowest monthly balance should not be below 299.87 or 1/6 of the anticipated payment from the account.

This is a statement of actual activity in your escrow account from Mar 2019 to Mar 2020. Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Date | Payments to Escrow Anticipated | Actual | Payments From Escrow Anticipated | Actual | | Description | Escrow Balance Required | Actual |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Starting Balance | 1,516.39 | (3,756.54) |
| Mar 2019 | 189.55 | | | | * | | 1,705.94 | (3,756.54) |
| Apr 2019 | 189.55 | | | | * | | 1,895.49 | (3,756.54) |
| May 2019 | 189.55 | | | | * | | 2,085.04 | (3,756.54) |
| May 2019 | | | | 877.00 | * | Hazard | 2,085.04 | (4,633.54) |
| Jun 2019 | 189.55 | | 1,367.00 | | * | Hazard | 907.59 | (4,633.54) |
| Jul 2019 | 189.55 | 1,283.52 | | | * | | 1,097.14 | (3,350.02) |
| Jul 2019 | | 302.90 | | | * | Escrow Only Payment | 1,097.14 | (3,047.12) |
| Aug 2019 | 189.55 | 189.55 | 907.59 | 922.20 | * | City Tax | 379.10 | (3,779.77) |
| Aug 2019 | | 507.93 | | | * | Escrow Only Payment | 379.10 | (3,271.84) |
| Sep 2019 | 189.55 | 146.22 | | | * | | 568.65 | (3,125.62) |
| Sep 2019 | | 175.56 | | | * | Escrow Only Payment | 568.65 | (2,950.06) |
| Oct 2019 | 189.55 | 189.55 | | | | | 758.20 | (2,760.51) |
| Oct 2019 | | 175.56 | | | * | Escrow Only Payment | 758.20 | (2,584.95) |
| Nov 2019 | 189.55 | | | | * | | 947.75 | (2,584.95) |
| Dec 2019 | 189.55 | 292.44 | | | * | City Tax | 1,137.30 | (2,292.51) |
| Dec 2019 | | 666.71 | | | * | Escrow Only Payment | 1,137.30 | (1,625.80) |
| Dec 2019 | | 558.86 | | | * | Escrow Only Payment | 1,137.30 | (1,066.94) |
| Jan 2020 | 189.55 | 146.22 | | | * | | 1,326.85 | (920.72) |
| Jan 2020 | | 175.56 | | | * | Escrow Only Payment | 1,326.85 | (745.16) |
| Feb 2020 | 189.55 | 146.22 | | | * | | 1,516.40 | (598.94) |
| Feb 2020 | | 175.56 | | | * | Escrow Only Payment | 1,516.40 | (423.38) |
| | | | | | | Anticipated Transactions | 1,516.40 | (423.38) |
| Feb 2020 | | 2,274.60P | | | | | | 1,851.22 |
| Mar 2020 | | 189.55P | | | | | | 2,040.77 |
| | $2,274.60 | $7,596.51 | $2,274.59 | $1,799.20 | | | | |

**An asterisk (\*) indicates a difference from a previous estimate either in the date or the amount.  If you want a further explanation, please call our toll-free number.**
**P - The letter (P) beside an amount indicates that the payment or disbursement has not yet occurred but is estimated to occur as shown.**

Shellpoint Mortgage Servicing

For Inquiries: (800) 365-7107

Analysis Date: February 10, 2020
Loan: ███████

## Annual Escrow Account Disclosure Statement - Projections for Coming Year

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account.

| Date | Anticipated Payments To Escrow | Anticipated Payments From Escrow | Description | Escrow Balance Anticipated | Escrow Balance Required |
|---|---|---|---|---|---|
| | | | Starting Balance | $2,040.77 | 1,349.42 |
| Apr 2020 | 149.93 | | | $2,190.70 | 1,499.35 |
| May 2020 | 149.93 | | | $2,340.63 | 1,649.28 |
| Jun 2020 | 149.93 | 877.00 | Hazard | $1,613.56 | 922.21 |
| Jul 2020 | 149.93 | | | $1,763.49 | 1,072.14 |
| Aug 2020 | 149.93 | 922.20 | City Tax | $991.22 | 299.87 |
| Sep 2020 | 149.93 | | | $1,141.15 | 449.80 |
| Oct 2020 | 149.93 | | | $1,291.08 | 599.73 |
| Nov 2020 | 149.93 | | | $1,441.01 | 749.66 |
| Dec 2020 | 149.93 | | City Tax | $1,590.94 | 899.59 |
| Jan 2021 | 149.93 | | | $1,740.87 | 1,049.52 |
| Feb 2021 | 149.93 | | | $1,890.80 | 1,199.45 |
| Mar 2021 | 149.93 | | | $2,040.73 | 1,349.38 |
| | $1,799.16 | $1,799.20 | | | |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.)

Your ending balance from the last month of the account history (escrow balance anticipated) is $2,040.77. Your starting balance (escrow balance required) according to this analysis should be $1,349.42. ███████████████████████████
████████████████████████████████████████████████████████████ plus.

████████████████████████████████████████████████████████████████████████████
████████████

| New Escrow Payment Calculation | |
|---|---|
| Unadjusted Escrow Payment | $149.93 |
| Surplus Reduction: | $0.00 |
| Shortage Installment: | $0.00 |
| Rounding Adjustment Amount: | $0.00 |
| Escrow Payment: | $149.93 |

**TO THE EXTENT YOUR OBLIGATION HAS BEEN DISCHARGED, DISMISSED OR IS SUBJECT TO AN AUTOMATIC STAY OF BANKRUPTCY ORDER UNDER TITLE 11 OF THE UNITED STATES CODE, THIS NOTICE IS FOR COMPLIANCE AND INFORMATION PURPOSES ONLY AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT OR ANY ATTEMPT TO COLLECT ANY SUCH OBLIGATION.**